# THE KLEIN LAW GROUP, P.C.

KLEIN, KLEIN & TILLES
11 BROADWAY
SUITE 960
NEW YORK, NY 10004
Phone: 212-344-9022
Fax: 212-344-0301

SUSAN KLEIN
DAVID KLEIN
LESLIE TILLES*

DARREN P.B. RUMACK*†
XIAN-MING LEI†
STEVEN G. DAVIS

*Member N.Y. & N.J. Bar
†Southern District of New York and the Eastern District of New York

ALAN QUIG
Licensed New York State
Workers' Compensation
Representative

www.thekleinlawgroup.com

November 10, 2015

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

Re:   Allaico v. Marmo, et al.
      15-cv-5056 (FB)(SMG)

Your Honor:

This letter is written in support of the parties' request for approval of the settlement agreement in this case. The parties have reached and fully executed a settlement agreement for this case. However, as this is a Fair Labor Standards Act case, we request the Court's direction if documentation is required for judicial approval of the settlement, or alternatively, if we can simply submit the Stipulation of Discontinuance.

Thank you for your assistance.

Sincerely,

Darren Rumack

c.c.   Angelo Picerno (attorney for Defendants)