UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------x

SEGUNDO ALLAICO, *Individually and on behalf of others similarly situated*

                Plaintiff

v.

                              Index 15-cv-5056
                              (FB)(SMG)

                              **STIPULATION OF**
                              **DISCONTINUANCE WITH**
                              **PREJUDICE**

GIOVANNI MARMO Individually
and MATEMPA CORP.

                Defendants.

---------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties or the undersigned counsel for the respective parties, that this action shall be DISCONTINUED WITH PREJUDICE and with each party bearing its own costs and attorneys fees.

Dated: November __, 2015
       New York, New York

THE KLEIN LAW GROUP
Attorneys for Plaintiff
11 Broadway, Suite 960
New York, New York 10004
Ph: 212-344-9022
Fax: 212-344-0301
Darren@thekleinlawgroup.com

ANGELO PICERNO
Attorney for Defendants
36-40 Main Street, Suite 508
Flushing, NY 11354
Ph: (718)445-1233
Fax: (718)445-4405
angelo@picernoassociates.com